# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER OHAMA<br><br>v.<br><br>ALAN MARKOWITZ | CIVIL ACTION<br><br>NO. 19-2150 |

## ORDER

**AND NOW**, this 21st day of January, 2020, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint, (ECF 15), Plaintiff's Opposition, (ECF 17), and Defendant's Reply, (ECF 18), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion is **DENIED** as to Count I (Breach of Contract), Count II (Breach of Oral Contract), and Count V (Palimony); and

2. Defendant's Motion is **GRANTED** as to Count III (Intentional Misrepresentation) and Count IV (Negligent Misrepresentation), and those counts will be dismissed without prejudice.

**BY THE COURT:**

Dated: January 21, 2020

/s/ Michael M. Baylson
**Michael M. Baylson**
**United States District Court Judge**

O:\CIVIL 19\19-2150 Ohama v Markowitz\19cv2150 Order re Motion to Dismiss.docx