# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JENNIFER OHAMA    v.  ALAN M. MARKOWITZ | CIVIL ACTION  NO. 19-2150 |
|---|---|

## ORDER RE: MOTION FOR RECONSIDERATION

**AND NOW**, this 6th day of March 2020, upon consideration of Defendant's Motion for Reconsideration, (ECF 21), Plaintiff's Opposition, (ECF 25), and Defendant's Reply, (ECF 26), and for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

*s/ Michael M. Baylson*

**Dated: March 6, 2020**

**Michael M. Baylson**
**United States District Court Judge**